# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



WILSON PEREZ-ORTIZ

       VS.                 **CIVIL NO.**  03-2040  **(JAF)**

PUERTO RICO ELECTRICAL
POWER AUTHORITY, ET AL.

| DESCRIPTION OF MOTION ||| 
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. |  |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 43, and Plaintiff having filed no objection, the court ADOPTS the Magistrate's Report. Judgment shall enter dismissing the complaint in its entirety. The state law claims are dismissed without prejudice. |
| **IT IS SO ORDERED.** |

May 3, 2005                           S/ José Antonio Fusté
   Date                               José Antonio Fusté
                                         Chief U.S. District Judge